IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05 CR 3023 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| FRANKLIN H. ROREBECK, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

    Defendant has moved for release, perhaps to a treatment program.  I have considered the motion, the substance abuse evaluation, and the defendant's pretrial services report. Defendant has demonstrated a long and uninterrupted string of criminal offenses starting with a felony arrest when he was only fifteen years old.  Before that his charges include assault, use of a firearm to commit a felony, theft, and refusing to comply with a police order. These were accompanied by several failures to appear in court and bond forfeitures.  His arrests were sometimes only a week or two apart.  In 2003-2004 he had twelve arrests; while most of these were traffic and driving offenses, the charges amply show that defendant has no intention of following orders from authorities, including courts.  The record before me is clear and convincing that his release would pose serious risks to the community's safety in the form of drug use, assault, and theft, and further that he would very likely not appear as ordered.

IT THEREFORE HEREBY IS ORDERED: Defendant's motion to review detention, filing 15, is denied.

DATED May 11, 2005

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge